**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 20 2016

FOR THE NINTH CIRCUIT



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE GARCIA-CHAIDEZ,<br><br>Petitioner,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>Respondent. | No. 10-71313<br><br>Agency No. A020-450-532<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 20, 2014[**]
Pasadena, California

Before: WARDLAW and PAEZ, Circuit Judges and KENNELLY,[***] District Judge.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable Matthew F. Kennelly, District Judge for the U.S. District Court for the Northern District of Illinois, sitting by designation.

Jose Garcia-Chaidez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals's ("BIA") decision that his conviction under California Penal Code section 273a(a) was a "crime of violence" under 18 U.S.C. § 16, and therefore qualified as an aggravated felony. The BIA affirmed the IJ's decision pretermitting Garcia-Chaidez's application for cancellation of removal, and ordering him removed.

In *Ramirez v. Lynch*, No. 08-72896, we held that California Penal Code section 273a(a) is categorically overbroad and indivisible, and therefore is not a "crime of violence" and cannot constitute an aggravated felony. Because Garcia-Chaidez appealed to the BIA only the determination that his conviction qualified as an aggravated felony, we do not reach the IJ's decision that he was also removable for having committed a crime of child abuse under 8 U.S.C. § 1227(a)(2)(E).

We therefore grant the petition and remand to the BIA for further proceedings.

**Petition GRANTED and REMANDED.**